IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Silvergate Capital Corporation,<br><br>　　　　　　　　　　　　　Debtor.<br>Tax I.D. No. 33-0227337 | Chapter 11<br><br>Case No. 24-12158 (KBO)<br><br>**Re: Docket No. 2** |
| In re:<br><br>Silvergate Liquidation Corporation,<br><br>　　　　　　　　　　　　　Debtor.<br>Tax I.D. No. 33-0244449 | Chapter 11<br><br>Case No. 24-12159 (KBO)<br><br>**Re: Docket No. 2** |
| In re:<br><br>Spring Valley Lots, LLC,<br><br>　　　　　　　　　　　　　Debtor.<br>Tax I.D. No. 33-0830474 | Chapter 11<br><br>Case No. 24-12157 (KBO)<br><br>**Re: Docket No. 2** |

**ORDER DIRECTING JOINT
ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES**

Upon the motion (the "Motion")[1] of the Debtors for entry of an order (this "Order") directing the joint administration of the above-captioned chapter 11 cases (these "Chapter 11 Cases") for procedural and administrative purposes only, as more fully set forth in the Motion; and the Court having reviewed the Motion and the First Day Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary, except as set forth in the Motion with respect to entry of this Order; and upon the record herein; and after due deliberation thereon; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The above-captioned Chapter 11 Cases shall be consolidated for procedural purposes only and shall be jointly administered by the Court under the case number assigned to Silvergate Capital Corporation, Case No. 24-12158, and the consolidated caption of the jointly administered cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| In re:<br><br>SILVERGATE CAPITAL CORPORATION, *et al.*<br><br>Debtors. [1] | Chapter 11<br><br>Case No. 24-12158 (KBO)<br><br>(Jointly Administered) |
|---|---|

3. The caption shall include the following footnote in each pleading filed and notice mailed by the Debtors:

> The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are as follows:

2

Silvergate Capital Corporation (7337), Silvergate Liquidation Corporation (4449) and Spring Valley Lots, LLC (0474). The Debtors' mailing address is 4225 Executive Square, Suite 600, La Jolla, CA 92037.

4. The foregoing caption and footnote satisfy the requirements set forth in section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rule 2002(n).

5. A docket entry shall be made in each of the Chapter 11 Cases, except that of Silvergate Capital Corporation, substantially as follows:

> The Bankruptcy Court has entered an order in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration and procedural consolidation of the chapter 11 cases of Silvergate Capital Corporation and its affiliated debtors. The docket in the case of Silvergate Capital Corporation, Case No. 24-12158 (KBO) should be consulted for all matters affecting these cases.

6. The procedural consolidation shall be for administrative purposes only and nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of the Chapter 11 Cases.

7. The Debtors are authorized and empowered to take all actions necessary to implement and effectuate the relief granted in this Order.

8. This Order shall take effect immediately upon entry.

9. This Court retains jurisdiction with respect to all matters arising from or related to the enforcement of this Order.

Dated: September 18th, 2024
Wilmington, Delaware

KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE